RUBEL CORPORATION, Appellant, v. LAURA SANTORO and ANGELO SANTORO, Individually and as Copartners Doing Business under the Firm Name and Style of SUYDAM ICE COMPANY, Respondent.— In an action for a permanent injunction, based on defendants' alleged violation of a negative covenant, judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

ABRAHAM SCHEMEL, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant. (Actions 1, 2, 3 and 4.) — Order of the City Court of Yonkers denying defendant's motion to consolidate four actions for trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.

JOSEPH F. SHADGEN, Respondent, v. GEORGE McANENY, Defendant, and NEW YORK WORLD'S FAIR 1939 INCORPORATED, Appellant.— Action for damages for claimed breach of contract in relation to personal services alleged to have been rendered and to be rendered by the plaintiff to the defendants. Order denying motion of the corporate defendant for a separate trial of the issue of general release affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

JOSEPH F. SHADGEN, Appellant, v. GEORGE McANENY and NEW YORK WORLD'S FAIR 1939 INCORPORATED, Respondents.— Order allowing in part and denying in part plaintiff's motion for an examination of defendants before trial and a discovery and inspection of certain records modified by allowing an examination of both defendants as to items 53-56, both inclusive; items 58-85, both inclusive, and an examination of defendant McAneny as to item 46. As thus modified, the order is affirmed, with ten dollars costs and disbursements to the appellant; examination to proceed on ten days' notice. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

ANNIE SHEEHY, Respondent, v. ROSE COLE, Individually and as Administratrix, etc., of MARY SULLIVAN, Deceased, and Others, Defendants, and JOSEPHINE PEGLOW, Appellant,— In an action for the partition of real property, order denying appellant's motion to dismiss the complaint because of failure to allege facts sufficient to constitute a cause of action reversed on the law, with ten dollars costs and disbursements, and the motion granted, without costs, with leave to plaintiff to plead over within twenty days of the entry of the order hereon. The complaint does not show the plaintiff's right to bring the action, nor does it allege the relationships, if any, between the decedent and the several parties. If the decedent died intestate that should be alleged. (Doane v. Mercantile Trust Co., 160 N. Y. 494.) The conclusions of law alleged are not sufficient to establish the right to maintain the action. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.